JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re Debtor: Girardi Keese, *et al.*<br><br>Debtor, | CACD Case No.: 2:21-cv-06951-SVW<br>CACB Case No.: 2:20-bk-21022-BR<br>Adversary Case No.: N/A |
| ERIKA GIRARDI,<br><br>Appellant,<br><br>v.<br><br>ELISSA D. MILLER, Chapter 7 Trustee<br><br>Appellees. | **ORDER DISMISSING APPEAL**<br>The Hon. Stephen V. Wilson |

Pursuant to the foregoing Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Appeal is dismissed with prejudice.

_____
Stephen V. Wilson
United States District Judge

Case No. 2:21-cv-06951-SVW
STIPULATION AND [PROPOSED] ORDER DISMISSING APPEAL

1 **[PROPOSED] ORDER**

2 Pursuant to the foregoing Stipulation, and good cause appearing, IT IS
3 HEREBY ORDERED that the Appeal is dismissed with prejudice.

4 ###

5

6

7 _____
8 Stephen V. Wilson
United States District Judge